135 A.3d 175

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**David Edward RICKER, Petitioner.**

Supreme Court of Pennsylvania.

April 18, 2016.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of April, 2016, the Petition for Allowance of Appeal is **GRANTED.** The issue, as stated by Petitioner, is:

Whether the Pennsylvania Superior Court wrongly held, in a published opinion of first impression, that a defendant does not have a state or federal constitutional right to confront the witness against him at a preliminary hearing and that a *prima facie* case may be proven by the Commonwealth through hearsay evidence alone, which is what the trial and magisterial district courts concluded in Petitioner's case?

Justice DONOHUE did not participate in the consideration or decision of this matter.